MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE CALARCO,<br><br>  Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, dba Costco, a Foreign Corporation, DOES I through X; DOE EMPLOYEES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>  Defendants. | CASE NO.: 2:22-cv-00977-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 26 |

Plaintiff CONSTANCE CALARCO and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendant in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

| | |
|---|---|
| DATED this 20th day of February, 2024. | DATED this 20th day of February, 2024. |
| OLSON CANNON GORMLEY & STOBERSKI | HENNESS & HAIGHT |
| /s/ Michael A. Federico, Esq. | /s/ David T. Gluth, Esq. |
| MICHAEL A. FEDERICO, ESQ.<br>Nevada Bar No. 005946<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorneys for Defendant<br>*Costco Wholesale Corporation* | DAVID T. GLUTH, ESQ.<br>Nevada Bar No.: 10596<br>8972 Spanish Ridge Ave.<br>Las Vegas, NV 89148<br>Attorney for Plaintiff<br>*Constance Calarco* |

### ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff CONSTANCE CALARCO against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto. The clerk of court is directed to CLOSE THIS CASE.

**IT IS SO ORDERED.**

_____  2-23-24
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

2